D. A. Schulte, Inc., Landlord-Appellant, v. Loft, Inc., Tenant-Respondent, Impleaded with Others.— Summary proceeding for the non-payment of rent. Determination of the Appellate Term reversing a final order and judgment of the Municipal Court of the City of New York, Borough of Manhattan, Ninth District, and directing final order for defendant tenant, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [157 Misc. 650.]

Richard D. Martera and Bank of United States, Plaintiffs, Richard D. Martera, Appellant, v. Charles E. Heydt, Max N. Natanson and Irving I. Lewine, Individually and as Trustees for the Protection of Depositors of Broadway Central Bank, etc., and Broadway Central Bank, Respondents.—Appeal by plaintiff Richard D. Martera from a judgment in favor of the defendants Charles E. Heydt, Max N. Natanson and Irving I. Lewine, individually and as trustees, entered on a verdict directed in favor of the individual defendants, and dismissing the complaint on the merits as against the defendant Broadway Central Bank, after a trial at Trial Term. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Meyer Schiff, Respondent, v. Ira Lichtenstein, Appellant, Impleaded with Another.— The action is predicated upon a promissory note made by defendants on or about October 26, 1928, whereby they promised to pay to the order of Rita K. Israel $1,500 with interest on December 26, 1928. Rita K. Israel assigned said note to plaintiff after maturity. Order granting plaintiff's motion for summary judgment as against the defendant-appellant, and the judgment entered thereon, unanimously reversed, with costs, and the motion denied, upon the ground that the allegations of the answer taken in connection with the affidavit in opposition to the motion sufficiently establish that there is a triable issue. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

The People of the State of New York, Respondent, v. Paul Gadsden, Appellant.— Judgment convicting defendant of the crimes of possessing a firearm (Penal Law, § 1897), unlawfully possessing policy slips, and maintaining a room for gambling, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.